FILED
CLERK

4/29/2020 12:33 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Joseph Wiesel

                Plaintiff(s),

    -against-

Apple Inc.,

                Defendant(s).
-----------------------------------------------X

**RECUSAL ORDER**

CV 19-7261 (JMA)

The undersigned hereby recuses herself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a randomly selected Magistrate Judge.

Dated: Central Islip, New York
       April 29, 2020

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge